UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEAN FERRANTE,<br><br>Plaintiff,<br><br>- against -<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>Defendant. | : | Civil Action No. 26-cv-5197<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Quest Diagnostics Incorporated ("Quest") certifies that Quest has no parent company and the Vanguard Group owns 10% or more of its stock.

Dated: New York, New York
August 24, 2026

EPSTEIN BECKER & GREEN, P.C.

By:*/s/ Shira M. Blank*
Shira M. Blank
Epstein Becker & Green, P.C.
875 Third Avenue
New York, New York 10022
Sblank@ebglaw.com
*Attorney for Defendant*
*Quest Diagnostics Incorporated*