Gretel Zumwalt
Epstein Becker & Green, P.C.
875 Third Avenue
New York, New York 10022
gzumwalt@ebglaw.com
*Attorney for Defendant*
*Quest Diagnostics Incorporated*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN FERRANTE,<br>Plaintiff,<br>- against -<br>QUEST DIAGNOSTICS INCORPORATED,<br>Defendant. | Civ. Action No.: 26-cv-5197<br>**ECF**<br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Quest Diagnostics Incorporated. Please direct all correspondence and notices accordingly.

Dated: New York, New York
August 24, 2026

EPSTEIN BECKER & GREEN, P.C.

By: /s/ *Gretel Zumwalt*
Gretel Zumwalt
875 Third Avenue
New York, New York 10022
gzumwalt@ebglaw.com
*Attorney for Defendant*
*Quest Diagnostics Incorporated*