Gretel Zumwalt
Epstein Becker & Green, P.C.
875 Third Avenue
New York, New York 10022
Gzumwalt@ebglaw.com
*Attorney for Defendant*
*Quest Diagnostics Incorporated*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEAN FERRANTE,<br><br>Plaintiff,<br><br>-against-<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>Defendant. | : | Civ. Action No. 26-CV-5197<br><br>**CERTIFICATE OF SERVICE** |

Gretel Zumwalt, an attorney duly admitted to practice before this Court, hereby certifies that on August 24, 2026, she caused copies of the foregoing *Civil Cover Sheet, Notice of Removal, Rule 7.1 Corporate Disclosure Statement,* and *Notice of Appearance of Gretel Zumwalt* to be served via First Class Mail and United Parcel Service overnight delivery upon the following:

Joseph J. Wardenski
Wardenski P.C.
134 West 29th Street, Suite 709
New York, New York 10001

Susan Hazeldean
Brooklyn Law School LGTBQ+ Advocacy Clinic
250 Joralemon Street
Brooklyn, NY 11201

*/s/ Gretel Zumwalt*
Gretel Zumwalt