Susan Hazeldean
BLS Legal Services Corp.
Brooklyn Law School
250 Joralemon Street
Brooklyn, NY 11201
Susan.hazeldean@brooklaw.edu
*Attorney for Plaintiff*
*Jean Ferrante*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN FERRANTE, Plaintiff, -against- QUEST DIAGNOSTICS INCORPORATED, Defendant. | Civ. Action No.: 26-cv-5197<br>**ECF**<br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Plaintiff Jean Ferrante. Please direct all correspondence and notices accordingly.

Dated: New York, New York
August 27, 2026

BLS LEGAL SERVICES CORP.

By: /s/ *Susan V. Hazeldean*
Susan Hazeldean
250 Joralemon Street
Brooklyn, NY 11201
Susan.hazeldean@brooklaw.edu
*Attorney for Plaintiff*
*Jean Ferrante*